Nancy Zhang (SBN 294675)
Joseph Liu (SBN 256956)
**CONSUMER LAW EXPERTS, PC**
800 Parkview Dr. N
El Segundo, CA 90245
Telephone: (310) 442-1410
Fax: (877) 566-8828
nancy@nolemon.com
joe@nolemon.com
service@nolemon.com

Attorneys for Plaintiff, FU LAN CHANG

Soheyl Tahsildoost (SBN 271294)
Nathaniel R. Cowden (SBN 314983)
**THETA LAW FIRM, LLP**
12100 Wilshire Blvd., Suite 1070
Los Angeles, CA 90025
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
eservice@thetafirm.com

Attorneys for Defendant, MERCEDES-BENZ USA, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FU LAN CHANG, an individual,<br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC;<br>CALIBER MOTORS INC.; and DOES<br>1 through 50, inclusive<br><br>Defendants. | Case No.: 8:25-cv-00630 JVS (KESx)<br><br>**STIPULATION FOR DISMISSAL OF THE ACTION WITH PREJUDICE**<br><br>**[F.R.C.P. 41(a)(1)(A)(ii)]** |

STIPULATION FOR DISMISSAL OF THE ACTION WITH PREJUDICE

1    Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff

2   FU LAN CHANG ("Plaintiff") and Defendant MERCEDES-BENZ USA, LLC

3   ("Defendant") (collectively, "the Parties") hereby stipulate to dismiss this action in

4   its entirety, with prejudice.

5

6   Dated: May 13, 2025                    **CONSUMER LAW EXPERTS, P.C.**

7
                                          By: */s/ Joseph Liu*
8                                            Nancy Zhang
                                             Joseph Liu
9                                            Attorney for Plaintiff,
                                             FU LAN CHANG
10

11   Dated: May 13, 2025                    **THETA LAW FIRM, LLP**

12

13                                         By: */s/ Nathaniel R. Cowden*
14                                            Soheyl Tahsildoost
                                             Nathaniel R. Cowden
15
                                             Attorneys for Defendant,
16                                            MERCEDES-BENZ USA, LLC

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL OF THE ACTION WITH PREJUDICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>**SIGNATURE ATTESTATION**</u>

I hereby certify that the authorization for the submitting of this document has been obtained by each of the other signatories shown above and that all signatories concur in the document's content.

Dated: May 13, 2025                          */s/ Joseph Liu*
                                              Joseph Liu

## **CERTIFICATE OF SERVICE**

I hereby certify that on May __, 2025, I filed the foregoing document entitled **STIPULATION FOR DISMISSAL OF THE ACTION WITH PREJUDICE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

Dated: May 13, 2025                                   */s/ Joseph Liu*
                                                              Joseph Liu

- 4 -
SIGNATURE ATTESTATION